IN THE UNITED STATES DISTRICT
COURT FOR THE NORTHERN DISTRICT
OF GEORGIA
ATLANTA DIVISION

SHARON BOLDS,

Plaintiff,  CASE NO.: 1:14-CV-01741-SCJ

-vs-

NAVIENT SOLUTIONS, INC., f/k/a
SALLIE MAE, INC.,

Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**COMES NOW** the Plaintiff, Sharon Bolds, and the Defendant, Navient Solutions, Inc., f/k/a Sallie Mae, Inc, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against the Defendant in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

Jointly submitted this 31st day of December, 2014.

| | |
|---|---|
| *s/David P. Mitchell* | *s/ Brian C. Frontino* |
| David P. Mitchell, Esq. | Brian C. Frontino, Esquire |
| Morgan & Morgan, Tampa, P.A. | Stroock & Stroock & Lavan, LLP |
| One Tampa City Center | 200 South Biscayne Blvd. |
| Tampa, FL 33602 | Suite 3100 |
| Tele: (813) 223-5505 | Miami, FL 33131 |

Fax: (813) 223-5402
DMitchell@ForThePeople.com
Florida Bar No.: 0067249
Attorney for Plaintiff

Madeleine N. Simmons, Esq.
191 Peachtree Street NE, Suite 4200
Atlanta, Georgia  30303

Phone:  305-358-9900
Fax:  305-789-9391
bfrontino@strook.com
Florida Bar No.:
Attorney for Defendant


**ROGERS & HARDIN, LLP**

 /s/Robert H. Snyder
Dan F. Laney
Georgia Bar No. 435290
Robert H. Snyder
Georgia Bar No. 404522
229 Peachtree Street, NE
2700 International Tower,
Peachtree Center
Atlanta, Georgia 30303
Phone: 404-420-4264
Fax: 404-230-0951